**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| XAVIER TERRY, | ) | NO. CV 15-9933-DSF(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| L. BABCOCK, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 8/17/16

_____
DALE S. FISCHER
UNITED STATES DISTRICT JUDGE